IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G & T CONVEYOR COMPANY, INC.,

       Plaintiff,                           11cv0562
                                         **ELECTRONICALLY**
     v.                                   **FILED**

ALLEGHENY COUNTY AIRPORT
AUTHORITY,

       Defendant.

## Order of Court

And now, this 5th day of July, 2011, for the reasons set forth in the accompanying

Memorandum Opinion, it is HEREBY ORDERED as follows:

(1)  Defendant's Motion to Dismiss (doc. no. 21) is DENIED without prejudice as to

     Counts One, Two and Three, and GRANTED as to Count Four of the Amended

     Complaint.


                                             s/Arthur J. Schwab
                                            Arthur J. Schwab
                                            United States District Judge

cc: All Registered ECF Counsel and Parties